UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEAN M. BURGESS,

        Plaintiff,

v.                                            Case Number 05-10168-BC
                                                                                Honorable David M. Lawson

LAKE STATE RAILWAY COMPANY,

        Defendant.

_____/

## ORDER OF DISMISSAL

On April 10, 2006, the Court was notified by letter that the parties had reached a settlement in this matter at the facilitative mediation session,

Accordingly, it is **ORDERED** that the complaint is **DISMISSED** with prejudice and without costs. Either party may apply to reopen this matter on or before **May 19, 2006** to enforce the settlement agreement.

                                                                              s/David M. Lawson
                                                                              DAVID M. LAWSON
                                                                              United States District Judge

Dated: April 17, 2006

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 17, 2006.

                                      s/Tracy A. Jacobs
                                      TRACY A. JACOBS